Exhibit "A"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**KATE CHAPMAN, JERLEAN COLEMAN,**
**JOHN ALLEN CHAPMAN, MARVIN RAY CHAPMAN,**
**and WILLIAM CHAPMAN, on behalf of all the**
**Wrongful Death Beneficiaries of**
**Davie Lee Chapman, deceased**                                                                 **PLAINTIFFS**

**VS.**                                                          **CIVIL ACTION NO.: 3:14CV00989-DPJ-FKB**

**LAUDERDALE COUNTY, MISSISSIPPI,**
**SHERIFF BILLY SOLLIE, MAJOR LAURIE ROBINSON,**
**CAPTAIN MELISSA MCCARTER,**
**DR. JOHN MUTZIGER,**
**OFFICER UNKNOWN SHAFFER, OFFICER UNKNOWN**
**CREEK, OFFICER UNKNOWN CULPEPPER,**
**OFFICER UNKNOWN CLARK, OFFICER UNKNOWN**
**ANDERSON, OFFICER UNKNOWN OLIVER,**
**SGT. UNKNOWN TUCKER, OFFICER UNKNOWN**
**ALLEN, OFFICER UNKNOWN SILVER,**
**OFFICER UNKNOWN DARLING, OFFICER UNKNOWN**
**CLARK, all in their official and individual capacities,**
**SOUTHERN HEALTH PARTNERS, INC., and**
**JOHN DOES 1-10**                                                                                 **DEFENDANTS**

___

## CERTIFICATE OF EXPERT CONSULTATION
___

COMES NOW, the undersigned attorneys for Plaintiffs, and files this their Certificate of Expert Consultation, in accordance with Miss. Code Ann. § 11-1-58, declaring as follows:

1. That we have reviewed the facts of the instant case and have consulted with at least one qualified expert pursuant to the *Mississippi Rules of Civil Procedure* and the *Mississippi Rules of Evidence* who is qualified to give expert testimony as to standard of care and negligence and who we believe to be knowledgeable in the relevant issues involved in this particular action, and that we have concluded on the basis of such review and consultation that there is a

Exhibit "A"

reasonable basis for the commencement of a medical malpractice action against the Defendants herein.

        Respectfully submitted,

        /s/*P. Shawn Harris*
        MSB # 9554
        P. SHAWN HARRIS, P.A.
        P.O. BOX 649
        FOREST, MS 39074
        (601) 469-9910 (Telephone)
        (866) 387-1780 (Facsimile)
        shawn@pshawn.com

        /s/ *Brian D. Mayo*
        MSB # 100426
        LOGAN & MAYO, P.A.
        P. O. BOX 218
        NEWTON, MS  39345
        (601) 683-7888 (Telephone)
        (601) 683-3885 (Facsimile)
        bmayo@newtonmslaw.com

        /s/ *Mitchell D. Thomas*
        MSB# 104824
        LOGAN & MAYO, P.A.
        P. O. BOX 218
        NEWTON, MS  39345
        (601) 683-7888 (Telephone)
        (601) 683-3885 (Facsimile)
        mthomas@newtonmslaw.com