IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KATE CHAPMAN, ET AL.                                                                                    PLAINTIFFS

V.                                                                        CIVIL ACTION NO. 3:14-CV-989-DPJ-FKB

LAUDERDALE COUNTY, MISSISSIPPI, ET AL.                                              DEFENDANTS

AGREED ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST
DEFENDANT DR. JOHN MUTZIGER

This cause came before the Court on the Plaintiffs' Motion to Dismiss Plaintiffs' Claims Against Defendant Dr. John Mutziger [Dkt. No. 91 ]. That Defendants are in agreement as to the dismissal of Plaintiffs' claims against said Defendant.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiffs' Motion to Dismiss their claims against Defendant Dr. John Mutziger is hereby granted and that all claims against said Defendant are hereby dismissed without prejudice with each party to bear his/her/its own costs including attorney's fees.

**SO ORDERED AND ADJUDGED** this the 1st day of December, 2016.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

AGREED:

*/s/ Lee Thaggard*
Lee Thaggard, (MSB#9442)
Barry, Thaggard, May & Bailey, LLP
Attorneys for Defendants

*/s/Brian D. Mayo*
Shawn Harris (MSB#9554)
Brian D. Mayo (MSB#100426)

Mitchell Thomas (MSB#104824)
Attorneys for Plaintiffs


*/s/ Mark Hodges*
R. Mark Hodges (MSB# 2493)
Wise Carter Child & Caraway, P.A.
Attorneys for Defendants